UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| REGINALD EUGENE HALL, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Case 3:19-CV-2820-B-BK |
| | § | |
| PAMELA THIELKE, ET AL., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this action is **DISMISSED WITHOUT PREJUDICE** as duplicative and any pending motion is **TERMINATED**.

SO ORDERED this 15th day of January, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE